**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **IAN THOMAS FORD; and,**
2. **ROBYN MARIE FORD.**

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 11, 2019, in the State and District of Colorado, the defendant, IAN THOMAS FORD, possessed a firearm, having been convicted previously of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, the above firearm being in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about March 3, 2019, in the State and District of Colorado, the defendants, IAN THOMAS FORD and ROBYN MARIE FORD, in connection with the acquisition of a firearm from Specialty Sports & Supply located at 4285 E. Fountain Boulevard, Colorado Springs, Colorado 80916, a licensed firearms dealer within the meaning of

Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Specialty Sports & Supply, which statement was intended and likely to deceive Specialty Sports & Supply as to a fact material to the lawfulness of such acquisition of the firearm to ROBYN MARIE FORD under Chapter 44 of Title 18, in that ROBYN MARIE FORD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that she was the actual buyer of the firearm, when in fact as IAN THOMAS FORD and ROBYN MARIE FORD then knew, ROBYN MARIE FORD was not the actual buyer of the firearm, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 3

On or about March 4, 2019, in the State and District of Colorado, the defendants, IAN THOMAS FORD and ROBYN MARIE FORD, in connection with the acquisition of a firearm from Specialty Sports & Supply located at 4285 E. Fountain Boulevard, Colorado Springs, Colorado 80916, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Specialty Sports & Supply, which statement was intended and likely to deceive Specialty Sports & Supply as to a fact material to the lawfulness of such acquisition of the firearm to ROBYN MARIE FORD under Chapter 44 of Title 18, in that ROBYN MARIE FORD did execute a Department of Justice, Bureau of Alcohol,

Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that she was the actual buyer of the firearm, when in fact as IAN THOMAS FORD and ROBYN MARIE FORD then knew, ROBYN MARIE FORD was not the actual buyer of the firearm, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 4

On or about March 27, 2019, in the State and District of Colorado, the defendants, IAN THOMAS FORD and ROBYN MARIE FORD, in connection with the acquisition of a firearm from Stop Drop & Shop located at 3952 N. Academy Boulevard, Suite F, Colorado Springs, Colorado 80917, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Stop Drop & Shop, which statement was intended and likely to deceive Stop Drop & Shop as to a fact material to the lawfulness of such acquisition of the firearm to ROBYN MARIE FORD under Chapter 44 of Title 18, in that ROBYN MARIE FORD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that she was the actual buyer of the firearm, when in fact as IAN THOMAS FORD and ROBYN MARIE FORD then knew, ROBYN MARIE FORD was not the actual buyer of the firearm, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE ALLEGATION**

1.  The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the violation(s) described in paragraph 1 above, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offenses described in paragraph 1.

3.  If the property described above, as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the Court;
   d) has been substantially diminished in value; or
   e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

4

                                A TRUE BILL

                                <u>Ink signature on file in Clerk's Office</u>
                                FOREPERSON

JASON R. DUNN
United States Attorney


*s/Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States

5