DEFENDANT: IAN THOMAS FORD

AGE/YOB: 31/1988

ADDRESS: FOUNTAIN, COLORADO

COMPLAINT FILED?  \_\_\_\_\_ YES  \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_\_\_\_ YES  _____ NO

| OFFENSE: | COUNT 1: | FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1); AND, |
|---|---|---|
| | COUNTS 2-4: | FALSE STATEMENT TO A FIREARMS DEALER, IN VIOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2. |

LOCATION OF OFFENSE
(County and State):  EL PASO COUNTY, COLORADO

PENALTY:  ALL COUNTS:  NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:  GLEN BOARMAN, ATF TASK FORCE OFFICER

AUTHORIZED BY:  JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

\_\_X\_\_ five days or less  \_\_\_\_\_ over five days

THE GOVERNMENT

\_\_X\_\_ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.