DEFENDANT: ROBYN MARIE FORD

AGE/YOB: 32/1986

ADDRESS: FOUNTAIN, COLORADO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES   _____ NO

| | |
|---|---|
| OFFENSE: COUNTS 2-4: | FALSE STATEMENT TO A FIREARMS DEALER, IN VIOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2. |
| LOCATION OF OFFENSE (County and State): | EL PASO COUNTY, COLORADO |
| PENALTY: COUNTS 2-4: | NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH. NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE. |
| AGENT/DEPUTY: | GLEN BOARMAN, ATF TASK FORCE OFFICER |
| AUTHORIZED BY: | JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY |

ESTIMATED TIME OF TRIAL:

  X   five days or less      _____ over five days

THE GOVERNMENT

_____ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.