AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>IAN THOMAS FORD<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 19-cr-253-RM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* IAN THOMAS FORD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1:    FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1); AND,

COUNTS 2-4: FALSE STATEMENT TO A FIREARMS DEALER, IN IOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2.

Date: 05/23/0209                                                       s/ C. Thompson Deputy Clerk
                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                             Jeffrey P. Colwell Clerk of Court
                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                *Arresting officer's signature*

                                                                                *Printed name and title*