AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>IAN THOMAS FORD<br><br>*Defendant* | )<br>)<br>)  Case No.   19-cr-253-RM<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IAN THOMAS FORD,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1:   FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1); AND,

COUNTS 2-4: FALSE STATEMENT TO A FIREARMS DEALER, IN IOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2.

Date: 05/23/0209

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-23-2019, and the person was arrested on *(date)* 6-18-2019
at *(city and state)* El Paso County Jail - Colorado Springs, CO

Date: 6-18-2019

*Arresting officer's signature*

Marc Wood, Special Agent, ATF
*Printed name and title*