## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

      Plaintiff,

**v.**

1. **IAN THOMAS FORD**
2. ROBYN MARIE FORD

      **Defendant.**

---

## MEMORANDUM IN SUPPORT OF RELEASE

---

Mr. Ford, by and through his attorney, Sean McDermott of McDermott Stuart & Ward LLP submits the herein memorandum is support of his release. Mr. Ford states the following:

### Introduction

1.     Mr. Ford has been charged by indictment one count of having possessed a firearm, having been convicted previously of a crim punishable by imprisonment for a term exceeding one year, and did so knowingly, the firearm being in and affecting interstate and foreign commerce in violation of 18 U.S.C. § 922(g)(1); and in counts two through four he is charged with violating 18 U.S.C. § 922(a)(6), 924(a)(2), and 2; Aiding and Abetting the making a false statement in connection with a firearm purchase.

2.     The United States is seeking detention based on 18 U.S.C. § 3142(f)(1). The statutory presumption of detention does not apply to Mr. Ford. Conditions exist that ensure Mr. Ford will appear for court and that he is not a danger to the community.

3.      The factors that this Court is to consider when deciding whether there are conditions of release that will reasonably assure the appearance of the Defendant weigh in favor of release. These factors are found at 18 U.S.C. § 3142(g).

### Nature and Circumstances of the Offense Charged

4.      In this case with respect to the nature and circumstances of the offense charged, Mr. Ford is not charged with a crime of violence, nor a crime in violation of 18 U.S.C. § 1591, or anything involving a minor or a controlled substance. The charges do pertain to firearm(s), but there is nothing charged showing any violence or any propensity for violence. At the time of this writing, counsel cannot opine about the weight of the evidence against Mr. Ford.

### History and Characteristics of Mr. Ford

5.      With respect to Mr. Ford's history and characteristics, Mr. Ford moved to El Paso County, Colorado from Albuquerque New Mexico when he was one-years old. He has lived in the Colorado Springs area ever since.  Mr. Ford has two children with his wife who is the co-defendant in this case. His wife is pregnant with a child and this will be the first biological child from their union. Mr. Ford's biological daughter is nine-years-old, and his step-daughter is 11 years-old. Mr. Ford has both his mother and father, and other family who live in his community. His family will assist him in making his court appearances. His wife and mother attended Mr. Ford's initial appearance. He will have family members present at his detention hearing.

6.      Mr. Ford's family will support him to live a life that will help ensure that Mr. Ford is a productive member of society as he awaits trial. (Exhibit A). Mr. Ford's step-father, Hans Rosielle attests to Mr. Ford's work ethic, (Exhibit A, p.1). In a letter, Ian's mother, Shawna Rosielle, describes the structure that has worked in the past and she has proactively reached out to find resources to provide support for Mr. Ford (Exhibit A, p.2). The defendant's sister-in-law,

Christina Ford describes Mr. Ford as being a loving parent, and she verifies that all of Ian's family "are committed to help support Ian however we can." (Exhibit A, p.3). Ian's brother, Timothy Ford, points out that Ian is motivated to help his family and that Timothy knows that Ian "won't flee or run." (Exhibit A p.4).

7.      On information and belief, Mr. Ford had his own business *Ford Carpentry,* 2014 through this year. If released, he may work for his father's business that does home remodeling. His father, Michael Ford supports Ian. He is willing to assist his son Ian. Although not included in Exhibit A, Michael Ford has written a letter of support for Ian.

8.      The Defendant, Ian Ford has been incarcerated for approximately three months on state charges in El Paso County. A Judge in El Paso County has decided that Mr. Ford is fit to receive a probationary sentence. On information and belief, the prosecuting attorney involved in those cases and the Court were both aware of these allegations, as they dismissed 19CR2275, because it was going to be prosecuted in Federal Court. (Exhibit B). On information and belief, the Defendant has been granted a three-year probationary sentence in case 19CR2236. As conditions of this probationary sentence, he will have to participate in drug programming and he will have terms and conditions of probation. These will conditions will provide structure.

9.      While Mr. Ford, has struggled with addiction, he has had successes with this struggle. He successfully completed Healthy Engaged and Living Sober Court or H.E.A.LS. Court. (See Exhibit A). A thorough explanation of what this program entails can be located on-line at https://www.courts.state.co.us/userfiles/file/Court_Probation/04th_Judicial_District/El_Paso/Recovery %20Court/A2%20-%20HEALS%20Handbook%20Aug%202014.pdf

10.      From the age of 29 until he was 31 years old, Mr. Ford was clean and sober. With structure, Mr. Ford does well.

**Conclusion**

11.        Under the circumstances the Court can rest assured that the proper decision is

to release Mr. Ford. Conditions exist, and if the Court deems helpful, additional conditions can be

put in place that ensure community safety and that ensure that the Defendant will appear for court.


Respectfully submitted,

s/Sean M. McDermott
   Sean M. McDermott
   McDermott Stuart & Ward LLP
   140 E. 19th Avenue, Suite 300
   Denver, CO 80203
   (303) 832-8888
   (303) 863-8888 (fax)
   Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2019, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Kristin Miller
Kristin Miller