June 19, 2019

To whom it may concern,

I'm the stepfather of Ian T. Ford, who has been in detention for about 3 months now, currently in Denver.

I'm writing you to consider allowing Ian the option to await his trial/court hearings outside of prison. He has been detained now for about 3 months and it has caused his immediate family considerable problems. Not only are his daughters missing him, but there is a good chance that his pregnant wife and children will be evicted, because of lack of sufficient income to pay the rent. (She recently lost her job due to a relocation of her employer)

By him awaiting trial outside of prison, he may be able to start a job, so the family doesn't become homeless, or their credit gets blemished by an eviction.

When Ian is not using, he is very hard worker as he has proven in the past. I'm sure he will submit to whatever the court decides in drug testing that needs to be done.

Besides that, he will have multiple family members who will make sure he stays committed to living a drug free and, as a result, crime free life. Being home again will also allow him to get into whatever program is needed to fight his addiction(s). He did complete HEALS Court in El Paso County with success in 2015. Listening to Ian on the days he calls, he realizes more than ever that he is an addict and that he needs help. I don't think he will find that help incarcerated.

I kindly ask you to consider the above so he may start providing for his family again. He won't miss any court dates, because he knows that means that he won't see his daughter for a long time. And as they are really close, he won't take that risk. There's no doubt he loves that little girl more than anyone.

Thank you for reading my plea and hoping for a positive outcome,

Sincerely,

Hans Rosielle

To Whom It May Concern:

I am writing this letter for Ian Thomas Ford.

My name is Shawna Rosielle and I am Ian's mother. I am not under any illusion that Ian has had a past that has consisted of crimes that have cost him both personally and professionally.

There are things that I am sure of about Ian.

He is not a flight risk. He completed Heals court in 2015 successfully. He was motivated by the required UA's, group therapy, and family.

He has a family that needs him. His wife is expecting in December and has recently lost her job. His daughter has had many changes since he has been incarcerated in the county jail and desperately misses her father.

As his mother, my heart breaks for him. He cannot get the support and therapy he needs for his drug addiction while in detention. We cannot help him connect with the support groups he needs while in detention. I have contacted several groups through colleagues and friends that are able to offer him the support he needs in fighting and winning his war on addiction with attendance at support groups throughout the city of Colorado Springs. His family is ready to offer him the love and support he needs to continue to fight his battle while waiting for the adjudication of his charges. His family is aware of what is at stake for Ian as this case moves forward. His family will support him.

Please allow him to come home.

Respectfully,

Shawna Rosielle

*Shawna Rosielle*
6-19-19

To whom it may concern,                                  6-18-19

    My name is Christina Ford. Ian Ford is my brother in law. I understand that he has made mistakes and has a lot of work ahead of him to make things right. He has a loving supportive family behind him to help him in anyway possible. He has a wife, two children and another on the way, that desperately need his love and support at home. He and his nine year old daughter Lexi are practically best friends they are so close. They need eachother. He has dreamed of this family for so long. I believe he will do whatever it takes to make things right with the courts so that he can be the father, husband, and man that he and his family needs. He is a hardworker and with the proper support I feel we can all help this family be rejoined and succeed as they grow. Myself, his brother, and the rest of his family are committed to help support Ian however we can.

    Thank you for your time,

    *Christina L Ford*
    Christina L. Ford

To who this may concern

My name is Timothy Ford and Ian Ford is my Brother. He is a human being with a troubled past but he is human. He needs help and a lot of work. If I know my brother though, he wants to do his best to make everything right. Ian knows he is on his last strike and with the support of his family and his will power, he will do everything he has too to succeed this time. He needs his family and his family needs him. I know he won't flee or run. He will do what he needs to do with honesty and respect. He has his daughter and another on the way. Please give him the chance to make things right and give him another chance. We all will support him and see too it this won't happen again. Please let him be with his family and be given a chance to make things right. He won't let you down things again and have a good day

Timothy Ford