| | |
|---|---|
| **DISTRICT**<br>District Court, El Paso County, Colorado<br>Court Address:  270 S. Tejon<br>              Colorado Springs, CO. 80903<br><br>**People of the State of Colorado**<br>           vs.<br>**Defendant: Ian Thomas Ford**<br><br><u>Deputy District Attorney</u>:  Jennifer Darby<br>Address:  105 E. Vermijo,<br>Colorado Springs, CO. 80903<br>Phone Number:  520-6000<br>Attorney Registration #: 42887<br>District Attorney:  Daniel H. May, #11379. | DATE FILED: June 3, 2019 7:55 AM<br>FILING ID: CC8728A4DB054<br>CASE NUMBER: 2019CR2275<br><br><br>▲  **COURT USE ONLY**  ▲<br>Case #:      19CR2275<br><br>Division #:      20<br><br>Courtroom #: |
| **PEOPLE'S MOTION TO DISMISS (NOLLE PROSEQUI)** ||

The District Attorney, pursuant to Crim. P. 48(a), moves to dismiss this case against the Defendant **Ian Thomas Ford.**

☐   Present evidence is insufficient and/or a critical witness is not available.
☐   Such dismissal is part of a plea agreement approved by the Court.
☐   The complaining witness no longer wishes to prosecute.
☐   The court-ordered period of deferred judgment or sentencing has expired.
☒   **The defendant has been charged in Federal Court for the same offense.**
☐   Defendant has waived extradition or has returned to the demanding state.
☐   Defendant is not competent enough to proceed. No likelihood of success at Trial.


    6/3/19                                              /S/ Jennifer Darby           
Date                                          By: Deputy District Attorney, #42887


Exhibit B

<table>
<tr><td>

**DISTRICT**
District Court, El Paso County, Colorado
Court Address:  270 S. Tejon
  Colorado Springs, CO. 80903

**People of the State of Colorado**
  vs.
**Defendant:  Ian Thomas Ford**

<u>Deputy District Attorney</u>:  Jennifer Darby
Address:  105 E. Vermijo,
Colorado Springs, CO. 80903
Phone Number: 520-6000
Attorney Registration #:  42887
District Attorney:  Daniel H. May, #11379.

</td><td>

**GRANTED BY COURT**
**06/10/2019**
DATE FILED: June 10, 2019 2:08 PM
CASE NUMBER: 2019CR2275

*Jill Brady*
**Jill Brady**
**Judge**

▲   COURT USE ONLY   ▲

Case #:       19CR2275

Division #:      20

Courtroom #:

</td></tr>
<tr><td colspan="2" align="center">

**NOLLE PROSEQUI COURT ORDER**

</td></tr>
</table>

I approve the grounds stated in this motion, which I now grant.  This case is dismissed to the extent specified in the motion.

_____          _____
Date                                    District Judge

Exhibit B