# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **IAN THOMAS FORD**
2. ROBYN MARIE FORD

    **Defendant.**

_____

## MOTION FOR AN EXTENSION OF TIME TO FILE MOTIONS
_____

Mr. Ford, by and through his counsel requests an extension of time within which to file Motions in the above captioned matter. As grounds, Mr. Ford states the following:

1. Mr. Ford's initial appearance was June 18, 2019. Counsel was appointed.

2. Counsel entered his appearance on June 20, 2019.

3. Mr. Ford's detention hearing was June 21, 2019. Mr. Ford was released.

4. Mr. Ford resides in Colorado Springs.

5. As of this writing, counsel needs additional time to substantively go through matters with Mr. Ford and to confer with the United States regarding the substance of the case.

6. Undersigned counsel also had a separate filing deadline in 18-CR-19 for Friday July 5, 2019.

7. Undersigned attempted to confer with the other parties via electronic mail regarding this request.

8. Counsel for Robyn Marie Ford does not object to this request.

9. Based on a conversation regarding the overall picture of this case, that occurred when the trial and this deadline were being set, undersigned counsel does not believe that the United States will object to this request. However, undersigned counsel and Assistant United States

Attorney St. Julien have not specifically communicated regarding this particular Motion and therefore, undersigned counsel cannot represent the Prosecution's position.

      10.    At this time Mr. Ford, is requesting a one-week extension.

Wherefore Mr. Ford respectfully requests that this Court grant him an additional week to file Motions in this matter.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of July 2019, I filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Kristin Miller
    Kristin Miller