# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **IAN THOMAS FORD**
2. ROBYN MARIE FORD

    **Defendant.**

___

## COMBINED MOTION FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS
___

    Mr. Ford, by and through his attorney, moves this Court to suppress evidence that was obtained in violation of his Constitutional rights. As grounds, Mr. Ford states the following:

    1.    On April 11, 2019 Mr. Ford was stopped, detained and arrested in Colorado Springs, Colorado.

    2.    On the same day, Mr. Ford was interrogated. Rather than seeking a search warrant, law enforcement attempted to get Mr. Ford to consent to a search of his smartphone.

    3.    The interrogation from April 11, 2019 and information obtained from Mr. Ford's smartphone were used in a subsequent interrogation on April 12, 2019.

    4.    To date, defense counsel for Mr. Ford has not been provided Mr. Ford's statements from April 11, 2019, nor any documents that may have been used in this interrogation.

    5.    This material is governed by Federal Rule of Criminal Procedure 16(a)(l)(A)-(B).

    6.    This material, has been requested and it was agreed to be provided at the discovery conference. (See Doc. No. 29).

7. Mr. Ford requests that the court issue an order that states that the prosecutor must get the requested information from the underlying law enforcement agency and that the defense be permitted to file any additional motions and supplement its previously filed motions as necessary.

Respectfully submitted,

s/Sean M. McDermott
 Sean M. McDermott
 McDermott Stuart & Ward LLP
 140 E. 19th Avenue, Suite 300
 Denver, CO 80203
 (303) 832-8888
 (303) 863-8888 (fax)
 Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2019, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott