Supplement 20190411 White, Treamine #06097

This is a supplemental narrative reference EPSO Case 19-3055.
On April 11, 2019, I Detective Tremaine White conducted follow up reference EPSO case 19-3055.
In an attempt to locate Ian Ford in accordance with an outstanding felony warrant, myself and The Bureau of Alcohol, Tobacco and Firearms (ATF) Task Force Officers (TFO) Boarman and Hathaway conducted surveillance on leads associated to Ian's location. During the surveillance operation TFO's Boarman and Hathaway located Ian in the area of Hancock Boulevard and Clearwater Loop in El Paso County, Colorado. They initiated a traffic stop and later took Ian into custody in accordance with the arrest warrant. TFO Boarman informed me of the arrest and I responded to his location.
Upon my arrival, I made contact with Ian's wife Robin Ford who was standing outside a building, later determined to be a place of her employment. I briefed Robin on this investigation. I informed her Ian was involved in an ongoing criminal investigation. I further advised here that there may be items of evidentiary value in her vehicle related to the investigation.
I conducted NCIC/CCIC check that identified Robin as the registered owner of the vehicle Ian was driving at the time of his arrest. This vehicle was identified as a Gray 2008 Volkswagen GTI, bearing Colorado license plate (230XXS) vehicle identification number (WVWEV71K08W118123). She told me she was unaware of Ian's illegal activities or what items were in the vehicle. I asked her for consent to search the vehicle and she granted me to consent.
During a search of the vehicle I did not locate any items of evidentiary value. I was informed by assisting law enforcement personnel on scene that a handgun was found in the glove box of the Volkswagen.
Once completed with the search, I briefed Ian on the investigation. I asked him would he be willing to conduct a mirandized interview with me at the OTS and he said he would. While speaking to Ian, I observed what appeared to be a black clip extending from his belt line downward toward his feet. To ensure it wasn't a undiscovered concealed weapon I lifted up his shirt. I discovered the black clip was pancake styled holstered intentionally concealed along the front of his waistline. I took digital photographs of the holster on Ian's person and these photographs were later placed into evidence.
Based on my observations, I determine this holster was intended for the concealed weapon discovered in the vehicle Ian was driving. I removed the holster and gave it to assisting law enforcement on scene.
Ian was transported to the OTS for a mirandized interview. Please see my supplement for details of Ian's mirandized interview. Upon completion of the mirandized interview, he was transported and booked into CJC without incident.
I have nothing further at this time.
Case Status: CBA