# El Paso County Sheriff's Office 

## CELLULAR TELEPHONE SEARCH WAIVER

I, __IAN FORD__, after having been informed of my Constitutional right not to have a search made of the Cellular Telephone described below without a search warrant and of my right to refuse to consent to search, hereby authorize Deputies __T. WHITE 06057__ and/or __EPSO INV__ of the El Paso County Sheriff's Office, to conduct a complete search and to download and seize any and all information to include but not limited to; complete call history, phone directory, text messages (SMS and MMS), digital pictures, videos, internet history, and any other data accessible by said device, that may be found on the cellular telephone, and/of attached memory card, described as:

__Black TCH__
__4220__.

This includes having the media and data contained within such items, analyzed by authorized personnel who have the specialized training necessary to conduct such an examination.

I am giving this written permission to the above named Deputies voluntarily and without threats or promises of any kind.

Signature: _____  Date: 4-11-19

Witness: _____ #06097

Photocopy as valid as original



**Civil Process Unit**
210 South Tejon St. • Colorado Springs, CO 80903
719-520-7144

**Office of the Sheriff**
27 East Vermijo Ave. • Colorado Springs, CO 80903
719-520-7100
www.epcsheriffsoffice.com

**Criminal Justice Center**
2739 E. Las Vegas St. • Colorado Springs, CO 80906
719-390-2106