**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  19-cr-00253-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  IAN THOMAS FORD**; and,
2.  ROBYN MARIE FORD,

      Defendants.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S COMBINED MOTION FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS [ECF No. 36]**

_____

      The United States of America responds to defendant, Ian Thomas Ford's, Combined Motion For Discovery And For Leave To File Additional Motions [ECF No. 36].

      The defendant, Ian Thomas Ford, requests information/documents related to his April 11, 2019 *Mirandized* interview.  At the time Ford filed this motion, the Government did not yet possess and therefore had not yet disclosed:  (1) Detective White's report stating that Mrs. Ford consented to the vehicle search; (2) Ford's cell phone consent form; and, (3) a transcription of Ford's April 11, 2019 interview with Detective White.  This discovery was listed under a separate El Paso County Sheriff's Office forgery investigation into Ford (*his arrest warrant was for identity theft*), not the gun case.  The Government disclosed the above-mentioned documents to Ford prior to filing this response.  The Government is awaiting an electronic recording of the April 11, 2019 interview and will disclose that to Ford as soon as the Government receives it.

1

Given that Ford did not have the above-mentioned items prior to filing any motions, the Government does not object to the Court permitting Ford to file additional motions and/or supplement any prior motions as they relate to the new discovery (as described above).  Should Ford file any such documents, the Government requests the opportunity to respond.

Dated:  August 15, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:     /s/ *Jason St. Julien*
        JASON ST. JULIEN
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:  (303) 454-0100
        Fax:  (303) 454-0405
        E-mail:  Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August 2019, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S COMBINED MOTION FOR DISCOVERY AND FOR LEAVE TO FILE ADDITIONAL MOTIONS [ECF No. 36]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Sean M. McDermott**
Email:  smcdermott@mswdenver.com

/s/ *Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States