IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **IAN THOMAS FORD**
2. ROBYN MARIE FORD

    **Defendant.**

___

**NOTICE OF DISPOSITION**
___

    Mr. Ford through his counsel hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant, Mr. Ford requests a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 27th day of September 2019, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

           s/ Sean McDermott
            Sean McDermott