IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  IAN THOMAS FORD,

    Defendant.
_____

### ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on September 27, 2019 (Docket No. 53). A Change of Plea Hearing is set for **October 18, 2019** at **1:30 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72 hours before the change of plea hearing**. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motion hearing scheduled for **September 30, 2019**, the trial preparation conference scheduled for **October 18, 2019**, and the four-day jury trial scheduled for **October 28, 2019** are VACATED.

DATED this 27th day of September, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge