IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD
2. ROBYN MARIE FORD

    **Defendant.**

## MOTION TO CONTINUE THE CHANGE OF PLEA HEARING

Mr. Ford, by and through his attorney, moves this Court to continue the Change of Plea Hearing that is scheduled for Friday May 18, 2019. As grounds, Mr. Ford states the following:

1. Mr. Ford is scheduled for a change of plea hearing on Friday October 18, 2019.

2. Counsel for Mr. Ford received additional material regarding Mr. Ford's case while counsel was in trial in case number 16-cv-0047-PAB-KLM. The material received, may change the parameters of the proposed disposition.

3. Mr. Ford resides in Colorado Springs. As a result when time is compressed, it is more difficult to go over complex legal issues.

4. Not only was counsel in trial when this information was produced but Monday October 14, 2019 was a Government holiday.

5. Undersigned counsel attempted to contact the United States on October 15, 2019. However, the parties have not connected.

6. The deadline to submit plea documents has not been made.

7.      As a result, defense counsel respectfully requests that the scheduled change of plea hearing be rescheduled.

Wherefore, Mr. Ford respectfully requests that the Court reschedule the Change of Plea hearing.

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203
(303) 832-8888
(303) 863-8888 (fax)
Email: smcdermott@mswdenver.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2019, I filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott