# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-253-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. IAN THOMAS FORD; and
2. ROBYN MARIE FORD,

        Defendants.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of November 2019.

        JASON R. DUNN
        United States Attorney

        s/ *Laura B. Hurd*
        Laura B. Hurd
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of November 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney