IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **IAN THOMAS FORD**; and,
2.  ROBYN MARIE FORD,

    Defendants.

---

## GOVERNMENT'S MOTION TO DISMISS COUNTS
_____

The United States of America submits the following Motion To Dismiss Counts.

Pursuant to Section I(B)(3) of the Plea Agreement, the Government moves to dismiss Counts 2 and 4 of the Indictment [ECF No. 1] as to the defendant at the February 10, 2020 Sentencing Hearing.

Dated:  November 13, 2019.

                                      Respectfully submitted,

                                      JASON R. DUNN
                                      United States Attorney

By:   */s/ Jason St. Julien*
       JASON ST. JULIEN
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone:  (303) 454-0100
       Fax:  (303) 454-0405
       E-mail:  Jason.St.Julien@usdoj.gov
       Attorney for the United States

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 13th day of November 2019, I filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

 **Sean Michael McDermott**
 Email:  smcdermott@mswdenver.com

            */s/ Jason St. Julien*
            JASON ST. JULIEN
            Assistant United States Attorney
            1801 California St., Suite 1600
            Denver, Colorado 80202
            Phone:  (303) 454-0100
            Fax:  (303) 454-0405
            E-mail:  Jason.St.Julien@usdoj.gov
            Attorney for the United States