IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  IAN THOMAS FORD
2.  ROBYN MARIE FORD

    **Defendant.**

___

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
___

    Mr. Ford, by and through his counsel requests that the conditions of his release be changed so that that he does not have to be the subject of electronic home monitoring. As grounds, Mr. Ford states the following:

    1.    Undersigned counsel has conferred with Assistant United States Attorney Jason St. Julian who does not oppose this request.

    2.    As a condition of bond Mr. Ford has been required to utilize a GPS monitor. This condition was set on June 21, 2018. (See Doc. Nos. 25 through 27).

    3.    Since that time, Mr. Ford has continued to be supervised on probation as part of a sentence that he received by the state of Colorado before Mr. Ford appeared in Court on this case. This was in Case No. 19CR2236, El Paso County. The conduct in this case was not committed while he was under supervision in that case.

    4.    Mr. Ford has maintained regular employment. Mr. Ford has attended all of his court dates, and he has met with the United States Probation Office for the interview for his pre-

sentence report. At his probation interview, Mr. Ford's mother Shawna Roselle attended the interview. She is involved with her son's rehabilitation and has regular contact with Mr. Ford. Like Mr. Ford, she resides in El Paso County.

5. Mr. Ford lives with his wife, his daughter, and his stepdaughter. He and his wife Robyn Ford are about to have another child, and as of this writing the child may have even been born.

6. In sum, Mr. Ford is not a flight risk.

7. Under his circumstances the GPS monitoring is unnecessary and to continue this requirement is contrary to 18 U.S.C. § 3142(c)(1)(B) as the GPS monitoring is more restrictive than necessary.

8. Walking around with a device on his lower leg, is not doing the community or Mr. Ford any favors, as this condition is unnecessary.

9. The original recommendation by the Probation Department did not include the use of GPS monitoring. Now, the United States does not oppose the elimination of this requirement.

10. For the reasons set forth Mr. Ford should not be required to undergo electronic monitoring as a condition of his bond.

Wherefore Mr. Ford, respectfully requests that this Court grant the relief requested herein.

Respectfully submitted,

s/Sean M. McDermott
Sean M. McDermott
McDermott Stuart & Ward LLP
140 E. 19th Avenue, Suite 300
Denver, CO 80203

        (303) 832-8888  
        (303) 863-8888 (fax)  
        Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2019, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott