IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00253-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    IAN THOMAS FORD,

        Defendant.

## ORDER GRANTING MODIFICATION OF CONDITIONS OF RELEASE

This matter is before the court on the Unopposed Motion to Modify Conditions of Bond filed by Defendant Ian Thomas Ford ("Unopposed Motion to Modify") [#72, filed December 30, 2019], which were referred to the undersigned Magistrate Judge pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated December 31, 2019 [#73]. In the Unopposed Motion to Modify, Defendant seeks to be released from the requirement of GPS monitoring. This court has confirmed that the Government and Pretrial Services Office do not have an objection to the relief sought by his Motion.

Pursuant to the Bail Reform Act, a judicial officer may at any time amend the order to impose additional or different conditions of release. 18 U.S.C. § 3142(c)(3). Because of the unopposed nature of the Motion, it will not require Defendant to personally appear for a hearing on this Motion. Based on the court's review of the motion and the record before it, IT

IS ORDERED that:

(1) Defendant's Unopposed Motion to Modify Bond Conditions as to Defendant Ian Thomas Ford, is **GRANTED**;

(2) Defendant Ford's conditions of release [#27 at 2] are **AMENDED** to eliminate the requirement of Defendant to be monitored by GPS;

(3) All other conditions for release set by the court [#27] **REMAIN SET**; and

(4) Defendant Ford is **ADVISED** that failure to comply with this Order or the Order Setting Conditions of Release [#27] may result in a warrant for his arrest, further modification of his Conditions for Release or revocation of his release.

DATED: January 3, 2020                BY THE COURT:

*[signature]*

Nina Y. Wang
United States Magistrate Judge