**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1.  IAN THOMAS FORD**
2.  ROBYN MARIE FORD

     **Defendant.**

_____

**MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE**
**PRESENTENCE REPORT**

_____

Mr. Ford through his counsel, requests a short extension to file his Objections and Corrections to the Presentence Report. As grounds therefore:

1.      As a preliminary matter, the parties have not conferred. Undersigned counsel sent an email to Assistant United States Attorney Jason St. Julien about potentially continuing the sentencing hearing for the reasons contained in the paragraphs below. However, the parties have not successfully connected regarding any deadlines regarding sentencing.

2.      Undersigned counsel was diagnosed with a temporary eye condition. As a result of this, Mr. Ford and his counsel were unable to keep a scheduled appointment. A phone appointment was done on a different day.

3.      However, due to effects of undersigned's temporary eye condition, it has impacted counsel's ability to finish work as quickly as usual.

4.      The deadline for the objections was January 17, 2020. Counsel respectfully requests that he be given until Tuesday January 21, 2020, the day after Martin Luther King Day to file these objections.

Wherefore Mr. Ford requests an extension until January 21, 2020 to file any objections and corrections to the pre-sentence report.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott to
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2020, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean McDermott
Sean McDermott