### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **IAN THOMAS FORD**
2.  ROBYN MARIE FORD

    **Defendant.**

---

### NOTICE OF ENTRY OF APPEARANCE

---

    COMES NOW, Sean M. McDermott, an attorney with the law firm of McDermott Stuart & Ward LLP, and an attorney in good standing of the bar of this Court, hereby enters his appearance as court appointed counsel in the above captioned matter on behalf of his client, Mr. Ian Thomas Ford.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of January 2020, I filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean M. McDermott
    Sean M. McDermott