# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **IAN THOMAS FORD**
2. ROBYN MARIE FORD

    **Defendant.**

---

## UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING
---

    Mr. Ford through his counsel, requests a continuance of the sentencing hearing scheduled for Monday, February 10, 2020. As grounds therefore:

    1.    As a preliminary matter, the parties have conferred. The United States, as represented by Jason St. Julien does not oppose the requested relief.

    2.    On January 17, 2020 the defense filed a Motion For an Extension of Time to File Objections to the Presentence report. This was based on an eye condition that counsel has been experiencing. The Court granted that Motion.

    3.    At the time of that Motion, defense counsel contemplated a Motion to Continue the Sentencing Hearing. Perhaps, counsel should have asked to continue the hearing then, but undersigned was hopeful that he would not need to make the request.

    4.    The complained of medical condition has interfered with work done on this case.

    5.    For counsel to complete the tasks that he intended to do on Mr. Ford's behalf, he respectfully requests, that a continuance be granted.

6. Among the tasks that counsel still need to accomplish are final mitigation interviews and the collection of mitigation information, in Colorado Springs; and the filing of a Final Sentencing Statement and a possible Motion for Non-Guideline or Variant Sentence that is consistent with D.C.COLO.LCrR 32.1. [1]

7. The United States has represented that they do not oppose the filing of such sentencing related pleadings out of time or the requested continuance.

8. Undersigned concluded his urgent medical appointments this week. He simply has to follow the doctor's orders and follow up with his physicians in March to make sure that all treatment has taken its full effect. Therefore, a lengthy continuance is unnecessary.

9. However, for Mr. Ford to get the representation that he deserves, a short continuance is requested and necessary.

Wherefore Mr. Ford respectfully requests that this Court continue the Sentencing Hearing that is scheduled for Monday, February 10, 2020.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott to
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

---

[1] Undersigned counsel acknowledges that this pleading was due on Monday, January 27, 2020. He respectfully requests that he be permitted to file any sentencing related statement and/or motion consistent with this rule, should the Court grant this Motion to Continue.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of January 2020, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

                                            s/ Sean McDermott
                                            Sean McDermott