IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tammy Hoffschildt<br>Probation: Trisha Skalmusky | Date: February 25, 2020<br>Interpreter: n/a |

**CASE NO.** 19-cr-00253-RM-01

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. IAN THOMAS FORD, | Sean M. McDermott |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**   1:00 p.m.
Court calls case.   Appearances of counsel.   Defendant is present and on bond.

Preliminary remarks by the Court.

Defendant entered his plea on November 13, 2019 to Counts 1 and 3 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** Government's Motion To Dismiss Counts (Filed 11/13/19; Doc. No. 69) is GRANTED.

**ORDERED:** Government's Oral Motion For The Third Point For Acceptance Of Responsibility is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** **Defendant's Motion (Filed 2/11/20; Doc. No. 86) is GRANTED in PART and DENIED in PART, as specified.**

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the Defendant, IAN THOMAS FORD, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of 14 months on Count One and 14 months on Count Three, such terms to be served concurrently.

**ORDERED:** Upon release from imprisonment, the Defendant shall be placed on **Supervised Release for a period of 3 years as to Count One and 3 years as to Count Three, such terms to be served concurrently**.

**ORDERED:** While on supervised release, the Defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the Defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Bond is CONTINUED, until surrender.

**ORDERED:** The Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

Court RECOMMENDS that the Bureau of Prisons place the Defendant at a facility in Colorado.

**Court in recess:**     2:00 p.m.
Hearing concluded.
Total time:     1:00