## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00253-RM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

IAN THOMAS FORD,

      Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that the Defendant, Ian Thomas Ford, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI Florence Medium Satellite Camp, located in Florence, Colorado, before 2:00 p.m. on Tuesday, March 17, 2020, and will travel at his own expense.

DATED at Denver, Colorado, this    5th    day of March, 2020.

BY THE COURT:

_____

Raymond P. Moore
United States District Judge