IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD
2. ROBYN MARIE FORD

    **Defendant.**

## NOTICE OF ENTRY OF APPEARANCE

    Pursuant to General Order 2020-7, Sean M. McDermott, enters his appearance on behalf of Ian Thomas Ford.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of May, 2020, I filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Karla Alvarado
    Karla Alvarado