# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD
2. ROBYN MARIE FORD

    **Defendant.**

---

# STATUS REPORT

---

Consistent with this Honorable Court's order issued June 4, 2020 and found at Docket No. 93, Mr. Ford submits the herein status report:

    1.    Mr. Ford does intend to file a Motion for Compassionate Release.

    2.    Undersigned counsel is awaiting some additional information to support this Motion.

    3.    Once the additional information is obtained, undersigned counsel will complete and file the motion.


Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of July, 2020, I filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Karla Alvarado
    Karla Alvarado