# AFFIDAVIT

I, Robyn Ford, state under penalty of perjury state the following:

I am married to Ian Ford. Ian and I have son named Blake who was born on December 22, 2019. Ian's stepdaughter is Makalya Lee. Makayla stays with me during the week and her father on weekends. Ian is also the father to my stepdaughter, Lexi Ford. Lexi is 10 years old. During Ian's incarceration, Lexi still comes to our home every other week.

When Ian is at home working, Ian helps provide for all three kids. He lends emotional support as well.

Presently, my income is as follows: I receive $900 in child support a month. From working I make $12 an hour. I work 20 hours a week for a total of $960. Therefore, my monthly income is $1860 a month.

My monthly expenses are as follows:

Rent $2010
Utilities $200
Car insurance $190
Internet $45
Cable $70
Groceries – Depends.

My debts are higher than my income. When Ian was on pre-trial release, we had enough income to handle our financial obligations. Presently, I am unable to do this. We are borrowing money from family to make ends meet.

When Ian was on pre-trial release, he was doing well. He was sober, and he provided stability. If he were to return home, I am confident that this would continue.

Dated: 8/26/2020

Robyn Ford

**Exhibit A**

State of Colorado           )
                            )           SS.
County of Denver            )

The forgoing Affidavit acknowledged before me on this 26th day of August 2020 by Robyn Ford.

My commission Expires:

Witness my hand and official seal.

KARLA ALVARADO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184039883
MY COMMISSION EXPIRES 10/10/2022

_____
Notary Public

Exhibit A