| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Robyn Marie Ford**
Signature of Debtor 1

Executed on **September 8, 2020**
MM / DD / YYYY

**Ian Thomas Ford**
Signature of Debtor 2

Executed on **September 8, 2020**
MM / DD / YYYY

Debtor 1  **Robyn Marie Ford**
Debtor 2  **Ian Thomas Ford**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date **September 8, 2020**
MM / DD / YYYY

**Todd R. Wagner 33998**
Printed name

**Wagner Law Office, P.C.**
Firm name

**3969 East Arapahoe Road**
**Suite 200**
**Centennial, CO 80122**
Number, Street, City, State & ZIP Code

Contact phone  **303-996-0149**     Email address  **todd@wagnerlawofficepc.com**

**33998 CO**
Bar number & State

---

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Robyn Marie Ford** <br> First Name        Middle Name        Last Name |
| Debtor 2 <br> (Spouse if, filing) | **Ian Thomas Ford** <br> First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number <br> (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Robyn Marie Ford**
Signature of Debtor 1

Date  **September 8, 2020**

**Ian Thomas Ford**
Signature of Debtor 2

Date  **September 8, 2020**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Robyn Marie Ford** <br> First Name        Middle Name        Last Name |
| Debtor 2 <br> (Spouse if, filing) | **Ian Thomas Ford** <br> First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number <br> (if known) | |

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____          X _____
**Robyn Marie Ford**                                              **Ian Thomas Ford**
Signature of Debtor 1                                          Signature of Debtor 2

Date    **September 8, 2020**                          Date    **September 8, 2020**

---

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 1

Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF COLORADO

Case number *(if known)*: _____

# Official Form 121
## Statement About Your Social Security Numbers
12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1:  Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

|  | For Debtor 1: | For Debtor 2 (Only if Spouse is Filing:) |
|---|---|---|
| 1. Your name | **Robyn** <br> First name <br> **Marie** <br> Middle name <br> **Ford** <br> Last name | **Ian** <br> First name <br> **Thomas** <br> Middle name <br> **Ford** <br> Last name |

### Part 2:  Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

| | | |
|---|---|---|
| 2. All Social Security Numbers you have used | **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** <br> ☐ You do not have a Social Security Number | **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** <br> ☐ You do not have a Social Security Number |
| 3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used | ■ You do not have an ITIN. | ■ You do not have an ITIN. |

### Part 3:  Sign Below

| | For Debtor 1 | For Debtor 2 |
|---|---|---|
| | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. |
| | X _____ <br> **Robyn Marie Ford** <br> Signature of Debtor 1 | X _____ <br> **Ian Thomas Ford** <br> Signature of Debtor 2 |
| | Date **September 8, 2020** | Date **September 8, 2020** |

# United States Bankruptcy Court
## District of Colorado

In re: **Robyn Marie Ford / Ian Thomas Ford**, Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,200.00 |
   | Prior to the filing of this statement I have received | $ 1,200.00 |
   | Balance Due | $ 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   - ☒ Debtor
   - ☐ Other (specify):

4. The source of compensation to be paid to me is:
   - ☒ Debtor
   - ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in adversary proceedings including any dischargeability actions.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 8, 2020**

Todd R. Wagner 33998
Wagner Law Office, P.C.
3969 East Arapahoe Road
Suite 200
Centennial, CO 80122
303-996-0149  Fax: 303-996-0127
todd@wagnerlawofficepc.com

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1: **Robyn Marie Ford** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing): **Ian Thomas Ford** | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: District of Colorado | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known): | ☐ Check if this is an amended filing |

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income   04/20

**Part 3:   Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **Robyn Marie Ford**
Signature of Debtor 1

Date **September 8, 2020**
MM / DD / YYYY

X **Ian Thomas Ford**
Signature of Debtor 2

Date **September 8, 2020**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1   Chapter 7 Statement of Your Current Monthly Income   page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy