**U.S. DEPARTMENT OF JUSTICE**            **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **FORD, IAN, T**      **45362-013**     **Summit R6**     **FCC**
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** I request a compassionate release to home confinement due to the Covid-19 emergency. It is impossible to experience social distancing here at the camp due to the amount of inmates and the tight quarters we are forced to live in. There is no form of testing available and I fear for my life being forced to live under these conditions. I am a non violent offender and this is my first federal offense. I would be going to live at home with my wife and children. 2 girls and a newborn son of 3 1/2 months. Robyn Ford is my wife's name and her phone number is 719-400-8769. Our home address is 7844 Morton drive, Fountain, CO 80817. I have steady employment with a company by the name of Hammers Custom tile. The owners name is Kyle Hammer. His address is 4315 Sedate Ln, Colorado springs, CO 80917. His phone number is 719-338-9765. My wife is struggling to pay all the bills due to the virus emergency. She is having to borrow money and desperately needs my help at home. Thank you for your time and consideration.

May 11, 2020  May 21, 2020  ITF
DATE                                                                            SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Please see attached response.

Received MAY 27 2020 Admin Remedy Office

_____   _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: _____

CASE NUMBER: **1022324-F1**

**Part C- RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                   _____
DATE                           PRINTED ON RECYCLED PAPER           RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                                                            BP-229(13)
                                                                                                                                                        APRIL 1982

Exhibit C

**BP-229 RESPONSE**                                      **Case Number: 1022324-F1**

Your Request for Administrative Remedy, dated May 21, 2020, and accepted in the Administrative Remedy program on May 27, 2020, has been reviewed. You state you were denied a home confinement under the First Step Act. For relief, you want to be reconsidered for a home confinement due to the COVID-19 pandemic.

A review of the issue raised in your request for Administrative Remedy has been conducted. The results of the review revealed, you do not meet the criteria for Compassionate Release or Direct Home Confinement. You are currently 32 years old and this is your first Federal Offense. Your score pattern is above minimum due to your Criminal History and history of violence. In accordance with the Centers for Disease Control and Prevention (CDC) guidelines, you do not meet the medical criteria, as you a care level one with no documented diagnosis of chronic lung disease, moderate to severe asthma, or coronary disease.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g) pgs. 3-10</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Additionally, current law and recent guidance from the U.S. Attorney General directs the Bureau of Prisons to maximize the use of home confinement in appropriate cases, consistent with Bureau of Prisons policy, the needs and safety of each inmate, and in consideration of the safety of the community.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence or a designation to home confinement.

Exhibit C

**BP-229 RESPONSE**

**Case Number: 1022324-F1**

Accordingly, this response to your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____
C. Carter, Warden

6/3/2020
Date

Exhibit C