

## Individualized Reentry Plan - Program Review  (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: FORD, IAN THOMAS  45362-013

SEQUENCE: 02170267
Team Date: 06-27-2020

| | | | |
|---|---|---|---|
| Facility: | FLF  FLORENCE FCI | Proj. Rel. Date: | 01-01-2021 |
| Name: | FORD, IAN THOMAS | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 45362-013 | DNA Status: | PREBOP TST / 06-18-2019 |
| Age: | 32 | | |
| Date of Birth: | 01-08-1988 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLF | FPC A&O | CAMP A&O PENDING | 03-17-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLF | ESL HAS | ENGLISH PROFICIENT | 03-31-2020 |
| FLF | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-31-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLF SCP | C | CAMP ACE STORIES PART 5 | 06-09-2020 | 06-10-2020 |
| FLF SCP | C | PERSONAL FINANCE ACE CLASS | 06-12-2020 | 06-12-2020 |
| FLF SCP | C | JOB SEARCH ACE CLASS | 06-11-2020 | 06-11-2020 |
| FLF SCP | C | JOB INTERVIEW ACE CLASS | 06-10-2020 | 06-10-2020 |
| FLF SCP | C | PERSONAL INSURANCE ACE CLASS | 06-09-2020 | 06-09-2020 |
| FLF SCP | C | RENTING ACE CLASS | 06-08-2020 | 06-08-2020 |
| FLF SCP | C | FUNDAMENTALS OF BANKING ACE | 06-03-2020 | 06-03-2020 |
| FLF SCP | C | HOUSING AND SAFETY ACE CLASS | 06-02-2020 | 06-02-2020 |
| FLF SCP | C | BARRIERS TO EMPLOYMENT ACE | 06-01-2020 | 06-01-2020 |
| FLF SCP | C | MONEY AND CONSUMERS ACE CLASS | 05-29-2020 | 05-29-2020 |
| FLF SCP | C | JOB READINESS ACE CLASS | 05-28-2020 | 05-28-2020 |
| FLF SCP | C | RESUME WRITING ACE CLAS | 05-27-2020 | 05-27-2020 |
| FLF SCP | C | GET RIGHT WITH YOUR TAXES ACE | 05-26-2020 | 05-26-2020 |
| FLF SCP | C | CAMP PORTFOLIO ACE CLASS | 05-25-2020 | 06-05-2020 |
| FLF SCP | C | CAMP STORIES ACE CLASS 4 | 05-19-2020 | 05-20-2020 |
| FLF SCP | C | CAMP STORIES ACE CLASS 3 | 05-12-2020 | 05-13-2020 |
| FLF SCP | C | CAMP STORIES ACE CLASS 2 | 05-05-2020 | 05-06-2020 |
| FLF SCP | C | SHORT STORIES 1 ACE CLASS | 04-21-2020 | 04-22-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-26-2020 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-19-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-18-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-18-2020 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 03-27-2020 |

### FRP Details

Sentry Data as of 06-26-2020    Individualized Reentry Plan - Program Review  (Inmate Copy)    Page 1 of 3

Exhibit D



| | Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 02170267 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 06-27-2020 |
| | Plan is for inmate: FORD, IAN THOMAS  45362-013 | |

**Most Recent Payment Plan**

**FRP Assignment:**     COMPLT     **FINANC RESP-COMPLETED**          **Start: 06-15-2020**

Payments past 6 months:     **$200.00**          Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 05-12-2020 | FLF | PAYMENT | INSIDE PMT | $200.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $1,155.00            Payments commensurate ?   Y

New Payment Plan:      ** No data **

**Progress since last review**

Since your arrival you have completed the following courses:
FUNDAMENTALS OF BANKING ACE
FLF SCP HOUSING AND SAFETY ACE CLASS
FLF SCP BARRIERS TO EMPLOYMENT ACE
FLF SCP MONEY AND CONSUMERS ACE CLASS
FLF SCP JOB READINESS ACE CLASS
FLF SCP RESUME WRITING ACE CLAS
FLF SCP GET RIGHT WITH YOUR TAXES ACE
FLF SCP CAMP PORTFOLIO ACE CLASS
FLF SCP CAMP STORIES ACE CLASS 4
FLF SCP CAMP STORIES ACE CLASS 3
FLF SCP CAMP STORIES ACE CLASS 2
FLF SCP SHORT STORIES 1 ACE CLASS

**Next Program Review Goals**

For your next program review, complete the following courses:

FLF SCP    FPC CREATIVE WRITING
FLF SCP    RESUME WRITING
FLF SCP    ACE INVESTING IN YOUR FUTURE
FLF SCP    ACE HEALTH & WELLNESS 104

**Long Term Goals**

Start and complete a resume by 12/2020. Enroll in and complete 7 habits by 12/2020. Obtain a Social Security Card by 12/2020.

**RRC/HC Placement**

Recommended Placement on date 11-18-2020.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : REVIEWED
- Offense : REVIEWED
- Prisoner : REVIEWED
- Court Statement : REVIEWED
- Sentencing Commission : REVIEWED

**Comments**

Inmate has a financial skill need based of information in PSI.

Exhibit D