**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00253-RM-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Ian Thomas FORD,

   Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED at Denver, Colorado, this _____ day of May, 2023.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge