IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00253-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1)    IAN THOMAS FORD,

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 1st day of June, 2023.

                                    COLE FINEGAN
                                    United States Attorney

By:    *s/ Martha A. Paluch*
          Martha A. Paluch
          Assistant United States Attorney
          United States Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          Email: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 1st day of June, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By:  *s/Melanie LeaRussa*
                      Legal Assistant
                      United States Attorney's Office