IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD

    **Defendant.**

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    COMES NOW, Sean M. McDermott, an attorney with the law firm of McDermott Stuart & Ward LLP, and an attorney in good standing of the bar of this Court, hereby enters his appearance as court appointed counsel in the above captioned matter on behalf of his client, Mr. Ian Thomas Ford.

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

Dated:  June 4, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of June 2023, I filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean M. McDermott
   Sean M. McDermott