IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-CR-253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD

    Defendant.
_____

### DEFENDANT IAN THOMAS FORD'S MOTION AND PROFFER FOR RELEASE
_____

Ian Thomas Ford respectfully moves this Court for an order granting his release pending the final hearing on the Petition to Revoke Supervised Release. As grounds, Mr. Ford states the following:

**Mr. Ford Shows by Clear and Convincing Evidence That He Is not a Danger to the Community nor a Flight Risk**

<u>History and Characteristics</u>

Mr. Ford is a long-time resident of his community. He moved to Colorado when he was six months old, and he has resided in Colorado since then. [Doc. No. 81, ¶ 67, Presentence Report]. He works at Wolf Interior Trim and is a valued employee. (Exhibit 1, Email from Cameron Wolf). Prior to that job, he worked at Mr. Handy Hands Renovation. [Doc. No. 81, ¶ 86, Presentence Report]. From 2015 through 2019, the defendant owned and operated Ford Carpentry LLC. [Doc. No. 81, ¶ 86, Presentence Report].

Mr. Ford has two children. [Doc. No. 81, p. 2, Presentence Report]. Unfortunately, Mr. Ford is separated from his wife Robyn Ford. However, Mr. Ford has a stable residence. He lives

with his parents including his mom, Shawna Rosielle. He is working and providing for his children. (Exhibit 2, Email from Shawna Rosielle).

### The Allegations in The Petition Do Not Show Dangerousness

Alleged violations One through Five are indicative of someone with a substance abuse problem. Unfortunately, the misuse and abuse of drugs and alcohol is somewhat common for people who are going through a dissolution of their marriage. This is not to excuse the allegations, if they are proven true, but this behavior is not indicative of dangerousness.

All things considered, Mr. Ford shows by clear and convincing evidence that he should be released while the final revocation hearing is pending. He meets the standard for release of 18 U.S.C. § 3143(a), and F.R.Crim.P. Rule 32.1(a)(6). Mr. Ford demonstrates by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community

Respectfully submitted,

s/Sean M. McDermott
  Sean M. McDermott
  McDermott Stuart & Ward LLP
  140 E. 19th Avenue, Suite 300
  Denver, CO 80203
  (303) 832-8888
  (303) 863-8888 (fax)
  Email: smcdermott@mswdenver.com

Dated:  June 6, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of June 2023, I filed the foregoing **pleading** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/ Sean M. McDermott
   Sean M. McDermott