| | |
|---|---|
| **From:** | shawna_rosielle.net |
| **To:** | Sean McDermott |
| **Subject:** | Fwd: Ian ford |
| **Date:** | Monday, June 5, 2023 3:34:03 PM |

Mr. McDermott,
Here is the email that Ian's boss sent me this morning. Please let me know if you need anything else.
Respectfully,
Shawna

Sent from my iPhone

Begin forwarded message:

> **From:** Cameron Wolf <cameronwolf10@gmail.com>
> **Date:** June 5, 2023 at 9:13:42 AM MDT
> **To:** "shawna rosielle.net" <shawna@rosielle.net>
> **Subject: Ian ford**
>
> To whom it may concern,
>
> My name is Cameron wolf, owner of Wolf Interior Trim. We specialize in interior home finishes. I have been operating my business for 11 years in the Colorado Springs area. I am writing you today to give you my own personal review on Ian Ford who is currently my main sub contractor I use.
>
> Ian Ford has always been a guy that is at work earlier then expected and is always at work week in week out not missing days. He takes his job very seriously and his performance is top knotch. Ian is a very hard worker and has become someone I rely on very much so. He has been nothing short of everything you want in a worker.
>
> If you have any questions please do not hesitate to contact me if you need further information.
>
> Best regards,
>
> Cameron wolf
> Owner
> Wolf Interior Trim
>
> 6/5/23
>
> (719) 271-0037
>
> Cameronwolf10@gmail.com

Exhibit 1

Exhibit 1