| | |
|---|---|
| **From:** | Shawna Rosielle |
| **To:** | Sean McDermott |
| **Subject:** | Letter |
| **Date:** | Monday, June 5, 2023 3:32:40 PM |

Mr. McDermott,
Please let me know if you need anything else.

To whom it may concern:

I am writing the letter on behalf of Ian Ford.

Ian has been living with his parents since around the middle of April. He has worked diligently to maintain a stable environment for his children as he is well aware of the benefit for both of them.

He has continued to go to his therapy appointments and continues to be committed to doing so. He realizes the importance of having an ear to work through issues he has.

Ian will always have a safe place to stay when he is here. He has continued to grow and not return to his past of self sabotage that has been exhibited in the past. Although he is accountability for his past behaviors, he has built and grown a successful work life.

As his mother I am supportive of Ian and will continue to offer him a place of safety and accountability.

Please let me know if you have any questions or concerns

Respectfully,
Shawna Rosielle
719-233-7439

Sent from my iPhone

Exhibit 2